UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 26-mj-57 (PAM/DJF) |
| | ) | |
| v.          Plaintiff, | ) | |
| | ) | **MEET AND CONFER STATEMENT** |
| NITZANA BELLE FLORES, | ) | |
| | ) | |
| Defendant. | ) | |

On March 9, 2026, Assistant Federal Defender Aaron Morrison and Special Assistant United States Attorney Michael Hakes-Rodriguez conferred via telephone about Counsel's potential motions. SAUSA Hakes-Rodriguez understands the motions being filed and will respond to them in a separate filing.

Additionally, the Government has agreed not to use any statements made by Ms. Flores following her arrest.

Dated:   March 10, 2026.                    Respectfully submitted,

                                            *s/ Aaron J. Morrison*
                                            _____
                                            AARON J. MORRISON
                                            Attorney ID No. 0341241
                                            Attorney for Ms. Flores
                                            107 U.S. Courthouse
                                            300 South Fourth Street
                                            Minneapolis, MN 55415